UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

State Farm Mutual Automobile
Insurance Company,

        Plaintiff(s),

Case No: 15-10993
Honorable Victoria A. Roberts

vs

Universal Rehab Services, Inc., et al,

        Defendant(s).
_____/

## ORDER STRIKING MOTIONS (DOC # 21, 22 AND 24)

Defendants Ahmad Abulabon, PhysioFlex, PLLC and Universal Rehab Services, Inc. recently filed three motions. The motions, filed on June 8, 2015, are: 1) Motion to Dismiss Complaint Pursuant to Fed. R. Civ. P. 9(b) and 12(b)(6); 2) Motion to Dismiss Rico Claims For Failure to State A Claim Under Fed. R. Civ. P. (12(b)(6) and 9(b) and, Motion to Dismiss Rico Claims For Failure to State A Claim Under Fed. R. Civ. P. 12(b)(6) and 9(b).

The Court will not entertain three separate dispositive motions and considers these serial motions and an attempt to circumvent LR 7.1(c)(3)(a).

Therefore, the Court **STRIKES** Defendants' Motion to Dismiss Complaint Pursuant to Fed. R. Civ. P. 9(b) and 12(b)(6); Defendants' Motion to Dismiss Rico Claims For Failure to State A Claim Under Fed. R. Civ. P. 12(b)(6) and 9(b) and, Defendants' Motion to Dismiss Rico Claims For Failure to State A Claim Under Fed. R. Civ. P. 12(b)(6) and 9(b) from the record.

Defendant may refile one motion, with a brief no longer than 30 pages, by

Wednesday, June 17, 2015.

**IT IS SO ORDERED.**

                                            /s/ Victoria A. Roberts
                                            Victoria A. Roberts
                                            United States District Judge

Dated:  June 9, 2015

> The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on June 9, 2015.
>
> s/Linda Vertriest
> Deputy Clerk