UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

     Plaintiff,

vs                                Case No: 15-10993
                                     Honorable Victoria A. Roberts

UNIVERSAL REHAB SERVICES, INC.,
PHYSIOFLEX, PLLC, AHMAD T.
ABULABON, P.T., SUMMIT MEDICAL
GROUP, PLLC and DAVID JANKOWSKI, D.O.,

     Defendants.
_____/

## <u>ORDER GRANTING MOTION</u>

Defendants Universal Rehab Services, Inc.'s ("Universal"), PhysioFlex, PLLC ("PhysioFlex"), and Ahmad Abulabon's (collectively, the "Universal Defendants") filed a Motion for Extension of Time To Respond to State Farm's Discovery Requests (Doc. #59). Plaintiff responded. The Court held a telephone status conference on January 7, 2015. Attending were Kathy Josephson, Andrew Welker and Thomas Cranmer representing the Plaintiff; Gerard Mantese and Alex Blum representing the Universal Defendants and Peter Joelson and Gary Blumberg representing Defendants Summit Medical and David Jankowski, D.O.

Based on the discussion held, the Motion is **GRANTED**.

The Universal Defendants must serve their responses to all pending State Farm discovery requests on or before January 25, 2016.

If objections are contained in the responses, the Universal Defendants must state

1

completely the basis for the objections.   Boilerplate objections will not be acceptable.

**IT IS ORDERED**.

/s/ Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated:  January 8, 2016

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on January 8, 2016.

s/Linda Vertriest
Deputy Clerk

2