UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Plaintiff,

vs                                                     Case No: 15-10993
                                                    Honorable Victoria A. Roberts

UNIVERSAL REHAB SERVICES, INC.
Et al,

    Defendants.
_____/

## ORDER

    The Court reviewed the docket and finds it necessary to enter an order regarding motions.

    The parties are not to file any more motions without leave of Court. If a party finds it necessary to file a motion, that party must file a letter addressed to the Court, not more than one page, outlining the dispute and the attempts to resolve it. Opposing counsel can file a response to the letter, not more than one page.

    The Court directs counsels' attention to the new Rules of Civil Procedure and expects that counsel will adhere to them throughout this litigation.

    **IT IS ORDERED.**

                                                  S/Victoria A. Roberts
                                                 Victoria A. Roberts
                                                 United States District Judge

Dated: June 3, 2016

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on June 3, 2016.
  S/Carol A. Pinegar
Deputy Clerk