UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY,

          Plaintiff,

vs.

Case No. 2:15-cv-10993
District Judge Victoria A. Roberts
Magistrate Judge Anthony P. Patti

UNIVERSAL REHAB SERVICES, INC.,
PHYSIOFLEX, P.L.L.C.,
SUMMIT MEDICAL GROUP, P.L.L.C.,
DAVID JANKOWSKI, D.O., and
AHMAD T. ABULABON, P.T.,

          Defendants.
_____/

## INTERIM ORDER REGARDING UNIVERSAL DEFENDANTS' EMERGENCY MOTION FOR EXTENSION OF TIME FOR EXPERT DISCLOSURES (DE 175)

On February 20, 2017, the Universal Defendants filed an emergency motion for extension of time for expert disclosures. (DE 175.) During the February 22, 2017 hearing on other matters, this Court inquired whether the motion for extension was going to be opposed. While counsel for the Universal Defendants stated he had received concurrence from the Summit Defendants, Plaintiff expressed concern about whether an effective stay would result should the Court grant the pending motion to withdraw and should there be a delay in the Universal Defendants securing new counsel. (*See* DE 175 ¶ 3, DE 171.)

It seeming that the parties can reach an agreement on the motion, I set the following briefing schedule:

- By **5 p.m. on February 23, 2017**, all parties are to confer to discuss a stipulation and order resolving the motion for extension (DE 175).
- If the parties reach a resolution, they shall inform my case manager and present a proposed stipulated order forthwith.
- If the parties do not reach a resolution, Plaintiff shall have until **5 p.m. on February 24, 2017** to file a response, and the Universal Defendants shall have until **12 p.m. on February 27, 2017** to file a reply brief. Then, the Court will entertain oral argument on this motion at the previously scheduled hearing set for **February 27, 2017 at 2 p.m.**

**IT IS SO ORDERED.**

Dated: February 23, 2017

s/Anthony P. Patti
Anthony P. Patti
U.S. MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on February 23, 2017, electronically and/or by U.S. Mail.

s/Michael Williams
Case manager to the
Honorable Anthony P. Patti