# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY,

                Plaintiff,

vs.

Case No. 2:15-cv-10993
District Judge Victoria A. Roberts
Magistrate Judge Anthony P. Patti

UNIVERSAL REHAB SERVICES, INC.,
PHYSIOFLEX, P.L.L.C.,
SUMMIT MEDICAL GROUP, P.L.L.C.,
DAVID JANKOWSKI, D.O., and
AHMAD T. ABULABON, P.T.,

                Defendants.
_____/

## ORDER DENYING PACIFIC MARKETING INC. AND GARDEN STATE MEDIA INC.'S MOTION TO QUASH SUBPOENA (DE 135)

Judge Roberts has referred this case to me to conduct all non-dispositive pretrial proceedings. (DE 165.) Currently before the Court is the above-described motion, which requests that the Court quash the subpoena served on PNC Bank on or about October 19, 2016 concerning their accounts. (DE 135.) State Farm has filed a response, and the Universal Defendants have filed a notice of joinder / concurrence in the motion. (DE 140, DE 141; *see also* DE 142, DE 143).

A hearing was noticed for February 27, 2017, on which date counsel for the

parties appeared in my courtroom. (DE 174.)[1] Having considered the motion papers and oral argument, and for the reasons stated from the bench, which are incorporated by this reference as though fully restated herein, Pacific Marketing and Garden State Media's motion to quash (DE 135) is **DENIED**. Furthermore, the Court concludes that Plaintiff has shown a reasonably good basis for the purported date range of the subpoena (January 1, 2009 through present).

**IT IS SO ORDERED.**

Dated: February 28, 2017

s/Anthony P. Patti
Anthony P. Patti
U.S. MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on February 28, 2017, electronically and/or by U.S. Mail.

s/Michael Williams
Case Manager to the
Honorable Anthony P. Patti

---

[1] Attorneys Kathy P. Josephson (Chicago, Illinois) and David D. O'Brien appeared on Plaintiff's behalf; Gary R. Blumberg and Peter W. Joelson appeared on behalf of the Summit Defendants; Gerard V. Mantese appeared on behalf of the Universal Defendants; and Richard G. Finch appeared on behalf of Pacific Marketing, Inc. and Garden State Media, Inc.