# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY,

               Plaintiff,

vs.

UNIVERSAL REHAB SERVICES, INC.,
PHYSIOFLEX, P.L.L.C.,
SUMMIT MEDICAL GROUP, P.L.L.C.,
DAVID JANKOWSKI, D.O., and
AHMAD T. ABULABON, P.T.,

               Defendants.
_____/

Case No. 2:15-cv-10993
District Judge Victoria A. Roberts
Magistrate Judge Anthony P. Patti

## ORDER REGARDING THE UNIVERSAL DEFENDANTS' E-MAIL REQUESTS FOR AN ADDITIONAL FED. R. CIV. P. 30(B)(6) DEPOSITION AND AN EXTENSION OF THE JUNE 30, 2016 DISCOVERY DEADLINE

To deal with the above-referenced requests, on June 19, 2017, the Court conducted a telephonic status conference on the record, at which attorneys Kathy P. Josephson, Marla A. Linderman, and Gary R. Blumberg appeared. After hearing the arguments of counsel for the parties, and for the reasons stated on the record, which are incorporated by this reference as though fully restated herein, the Court concludes as follows:

    **1.**    The Universal Defendants' request, pursuant to Fed. R. Civ. P. 30(a)(2)(A)(ii) to conduct an additional 30(b)(6) deposition of Plaintiff regarding the counterclaim is **DENIED.**

2. The Universal Defendants' request for an extension of the deadline for obtaining fact discovery pertaining to its counter-claims is **GRANTED**, with the extension being given through **Monday, July 30, 2017**. Until then, the Universal Defendants may depose adjusters: David Ward and Mario Thomas (each of Michigan); Jason Hogge (of Arizona), Carolyn Ikens (of Washington); and Shannon Trumbell (of Texas). The scope of the Universal Defendants' questions at these depositions is limited to their counterclaims, and they may conduct the depositions of these individuals by telephone or Skype. Counsel for any of the other parties may attend these depositions, in person or remotely, and ask any necessary follow up questions.

**IT IS SO ORDERED.**

Date: June 20, 2017

s/Anthony P. Patti
Anthony P. Patti
U.S. MAGISTRATE JUDGE

**Certificate of Service**

I hereby certify that a copy of the foregoing document was sent to parties of record on June 20, 2017, electronically and/or by U.S. Mail.

s/Michael Williams
Case Manager for the
Honorable Anthony P. Patti